# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

═══════════════════

## NO. 03-03-00631-CV
═══════════════════

Texas Disposal Systems Landfill, Inc., Appellant

v.

Waste Management Holdings, Inc. (f/k/a Waste Management, Inc.) and Waste
Management of Texas, Inc., Appellees

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. 97-12163, HONORABLE PAUL DAVIS, JUDGE PRESIDING

---

### C O N C U R R I N G   O P I N I O N

I concur in the judgment only. *See* Tex. R. App. P. 47.5.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B.A. Smith and Pemberton

Filed: June 23, 2005